PD-0232-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 2/27/2015 12:36:25 PM
Accepted 3/2/2015 11:11:58 AM
ABEL ACOSTA
CLERK

**IN THE
TEXAS COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS**

| | | |
|---|---|---|
| **ROBERT ANTHONY CANTU** | § | |
| | § | |
| | § | **CAUSE NO. _____** |
| **VS.** | § | **(APPELLATE CAUSE NO. 08-12-00348-CR** |
| | § | **(TRIAL CAUSE NO. 20090D05872)** |
| **STATE OF TEXAS** | § | |

**MOTION FOR EXTENSION
OF TIME IN WHICH TO FILE
PETITION FOR DISCRETIONARY REVIEW**

**NOW COMES, ROBERT ANTHONY CANTU,** APPELLANT/PETITIONER**,** by and through his Attorney of record, **CHARLES LOUIS ROBERTS,** and moves for an Extension of Time in which to file the PETITION FOR DISCRETIONARY REVIEW, and for grounds Appellant/Petitioner would show this Court the following:

**I.**

The following facts are required for this Motion:

A.  The P.D.R. is due March 01, 2015.

B.  A thirty (30) day extension is sought.

C.  Counsel prepared for four other Felony Trials, State v. David Lopez, Cause No. 20140D00401; State v. Adan Enrique Parra, Cause No. 20140D02797; State v. Guillermo Chavez, Cause No. 20140D03299; State v. Andrew Marple, Cause No. 20120D05705; and State v. John Torres, Cause No. 20120D02327; Counsel is preparing for Felony Jury Trial, State v. Rodolfo Calderon, Cause No. 20110D05219 and State of Texas v. Jesus Solis, Cause No. 20130D02293.

D.  No previous extensions have been granted.

FILED IN
COURT OF CRIMINAL APPEALS

March 2, 2015

ABEL ACOSTA, CLERK

1

E. The court of Appeals was the Eighth Court of Appeals (El Paso, Texas).

F. The Opinion was delivered on January 30, 2015.

G. The Cause Number at the Court of Appeals was as follows:

Carlos Omar Cordero v. State, Cause No. 08-12-00348-CR

H. No Motion for Rehearing was filed.

## II.

This extension is sought in the interest of Justice and not for the purpose of delay.

**WHEREFORE, THE ABOVE PREMISES CONSIDERED,** Appellant/Petitioner asks this Court to grant an Extension of Time in which to file <u>PETITION FOR DISCRETIONARY REVIEW</u> for thirty (30) days or until March 31.2015.

Respectfully Submitted,

<u>/s/ Charles L. Roberts /s/</u>
**CHARLES L. ROBERTS**
300 E. Main, Suite 640
State Bar. No. 1700100
El Paso, Texas 79901
(915) 532-9475
(915) 534-7417 Fax

## <u>CERTIFICATE OF SERVICE</u>

The undersigned Attorney does hereby certify that a true and correct copy of the foregoing Motion has been hand delivered to the office of the District Attorney, 500 E. San Antonio, 2nd Floor, El Paso, Texas 79901 on this the 27th day of February, 2015.

<u>/s/ Charles L. Roberts /s/</u>
**CHARLES L. ROBERTS**
300 E. Main, Suite 640
State Bar. No. 1700100
El Paso, Texas 79901
(915) 532-9475
(915) 534-7417 Fax

2